IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

MARY ROSEALISA RING TILLERY SARGENT
ADC #710323                                                                                    PLAINTIFF

V.                            Case No. 1:12-cv-127-KGB-JTR

CORIZON MEDICAL SERVICES, INC. et al.                                     DEFENDANTS

## OPINION AND ORDER

Plaintiff Mary Sargent has filed this *pro se* § 1983 action. On December 6, 2012, the Court gave Ms. Sargent 30 days to file an amended complaint containing information necessary to complete § 1915A screening (Dkt. No. 5). Importantly, the Court advised Ms. Sargent that if she failed to timely and properly do so, this case would be dismissed without prejudice, pursuant to Local Rule 5.5(c)(2).

As of today's date, Ms. Sargent has not filed her amended complaint and the time for doing so has expired.

The case is dismissed without prejudice. The motion for a temporary restraining order or preliminary injunction (Dkt. No. 2) is denied as moot. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ORDERED this 10th day of January, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE