IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**MARY ROSEALISA RING TILLERY SARGENT**
**ADC #710323**     **PLAINTIFF**

V.     Case No. 1:12-cv-127-KGB-JTR

**CORIZON MEDICAL SERVICES, INC. et al.**     **DEFENDANTS**

## JUDGMENT

Consistent with the Opinion and Order that was entered on this day, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ORDERED this 10th day of January, 2013.

*[signature]*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE