IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

MARY ROSEALISA RING TILLERY SARGENT
ADC #710323                                                                                                  PLAINTIFF

V.                                    Case No. 1:12-cv-127-KGB-JTR

CORIZON MEDICAL SERVICES, INC. et al.                                             DEFENDANTS

## JUDGMENT

Consistent with the Opinion and Order that was entered on this day, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ORDERED this 10th day of January, 2013.

KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE